UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | No. 2:14-cv-00653-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ABA DABA RENTS, INC., | |
| Defendant. | |

Plaintiff Scott Johnson through counsel, Mark D. Potter, filed a Stipulation for Dismissal, ECF No. 4, pursuant to Federal Rule of Civil Procedure 41(a)(1). Because Plaintiff filed a notice of dismissal before the opposing party served either an answer or a motion for summary judgment, this action is DISMISSED without prejudice and the Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1